UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARIN POOLE,

      Plaintiff,

   -against-

CHAIRMAN NYCHA; NYC FD; NYC; N.Y. STATE,

      Defendants.

20-CV-0231 (LLS)

ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION

LOUIS L. STANTON, United States District Judge:

 Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $400.00 in fees – a $350.00 filing fee plus a $50.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

 Plaintiff submitted an IFP application but his responses do not establish that he is unable to pay the filing fees. Plaintiff states that he is unemployed and has received no income from any source in the past 12 months. Plaintiff further states that he has no money in a checking or savings account, no assets, no expenses, and no financial obligations. Because Plaintiff fails to provide information on how he pays for his living expenses, the Court is unable to conclude that he does not have sufficient funds to pay the relevant fees for this action.

 Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $400.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 20-CV-0231 (LLS), and address the deficiencies indicated above by providing facts to explain how he supports himself and to establish that he is unable to pay the filing fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. No summons shall issue at this time. If Plaintiff complies with this order, the Court shall process the case in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the Court will dismiss the action.

SO ORDERED.

Dated:  February 3, 2020
        New York, New York

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.