UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARIN POOLE,<br><br>       Plaintiff,<br><br>-against-<br><br>CHAIRMAN NYCHA; NYC FD; NYC; N.Y. STATE,<br><br>       Defendants. | 20-CV-0231 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued March 23, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 23, 2020
    New York, New York

                  _Louis L. Stanton_
                   Louis L. Stanton
                     U.S.D.J.